**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

RODNEY RHONE                                   CIVIL ACTION NO. 25-818-P

VERSUS                                         JUDGE HICKS

SHREVEPORT POLICE                              MAGISTRATE JUDGE HORNSBY
DEPARTMENT, ET AL.

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED THAT** this action—insofar as it seeks monetary and injunctive relief for civil rights claims—be **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with his claims, within thirty (30) days of the date the criminal proceedings against him have concluded, he must file a motion asking the court to lift the stay;

b. If the stay is lifted and the court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under <u>Heck</u>; if no such finding is made, the action will proceed at that time, absent some other bar to suit; and,

c. In light of the stay, Plaintiff **SHALL NOT** file any additional documents in this action until the state court proceedings have concluded; and,

**IT IS FURTHER ORDERED THAT** this action—insofar as it seeks his release from incarceration—be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 6th

day of January, 2026.

_____

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE